IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KAYCHIA CALVERT & PATRICK SMITH, as the Administrators of the Estate of KADARIUS SMITH, or in the alternative, as the next of kin and the wrongful death beneficiaries of KADARIUS SMITH, deceased, and in their individual capacities — PLAINTIFFS

v. — CIVIL ACTION NO. 4:25-cv-91-GHD-JMV

CITY OF LELAND, MISSISSIPPI *ex rel.* LELAND POLICE DEPARTMENT, a division of Government for the CITY OF LELAND, WASHINGTON COUNTY, MISSISSIPPI, OFFICER STEPHANIE TROTTER, in his official and individual capacities; OFFICER DERACIUS WINFORD, in his official and individual capacities, and CHIEF JIMMY MYRICK, in his official and individual capacities — DEFENDANTS

ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendants' Motion to Dismiss [47] is hereby GRANTED. Plaintiffs' Section 1983 claims against the City, Officer Stephanie Trotter, Officer Deracius Winford, and Chief Jimmy Myrick are dismissed *with prejudice*.

The Plaintiffs' remaining state law claims against the Defendants are DISMISSED *without prejudice* for lack of subject matter jurisdiction. This case is CLOSED.

SO ORDERED, this the 18th day of November, 2026.

[signature]

SENIOR U.S. DISTRICT JUDGE